THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Bobby Harvey, Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2005-UP-029
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Druanne Dykes White, of Anderson, 
 for Respondent.
 
 
 

PER CURIAM:  Bobby Harvey appeals his convictions for distribution of 
 crank and distribution of crank within one-half mile of a school.  Counsel for 
 Harvey attached to the final brief a petition to be relieved as counsel.  Harvey 
 filed a separate pro se response.  
After a review of the record as required by Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we hold there are no directly appealable issues that are arguable 
 on their merits.  Accordingly, we dismiss Harveys appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.